| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Marie-Ann Greenberg, MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** |
| IN RE:<br><br>   SONYA K ROYSTER |

Order Filed on March 12, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.:  19-28873 SLM

Hearing Date:  3/11/2020

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: March 12, 2020**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): SONYA K ROYSTER

Case No.: 19-28873

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 03/11/2020 on notice to SCOTT D. SHERMAN ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $1,299.00 starting on 4/1/2020 for the remaining 55 month(s); and it is further

- ORDERED, that the Debtor(s) must pay the Trustee $2,200 or provide Trustee with proof of payment by 3/13/2020 or the case will be dismissed upon the Trustee submitting a dismissal order without any further hearings or notice to debtor or debtor's attorney; and it is further

- ORDERED, that the Debtor(s) must pay the Trustee $1,500 by 3/31/2020 or the case will be dismissed upon certification of the Trustee with 14 days notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.