Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19–28873–SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Sonya K Royster
380 Watsessing Avenue
Bloomfield, NJ 07003

Social Security No.:
xxx–xx–1791

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 6, 2020.

On 05/28/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:             June 24, 2020
Time:             08:30 AM
Location:         Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 28, 2020
JAN: sjp

Jeanne Naughton
Clerk

```
                        United States Bankruptcy Court
                              District of New Jersey

In re:                                                    Case No. 19-28873-SLM
Sonya K Royster                                           Chapter 13
        Debtor
                           CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2            Date Rcvd: May 28, 2020
                              Form ID: 185             Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2020.
db             +Sonya K Royster,    380 Watsessing Avenue,    Bloomfield, NJ 07003-6072
518495451      +Amex,   Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
518589912      +Bank of Missouri,    Total Card Inc.,    2700 S Lorraine Place,    Sioux Falls, SD 57106-3657
518495454      +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
518495456      +Continental Finance Co,    Po Box 8099,    Newark, DE 19714-8099
518495458      +First PREMIER Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
518495459      +James A. Mayer, Esq.,    223 Old Hook Road,    PO Box 35,    Westwood, NJ 07675-0035
518495460       KML Law Group, P.C.,    Suite 5000 - BNY Mellon Independence,    70 Market Street,
                 Philadelphia, PA 19106
518605474       PSE&G,   Attn: Bankruptcy Dept.,    PO Box 709,    Newark NJ 07101-0709
518542070      +PSE&G,   PO Box 1444,    New Brunswick, NJ 08903-1444
518495465       Sheila A. Bond MD PC,    39 S. Fullerton Ave.,    Hasbrouck Heights, NJ 07604-2000
518495466      +Total Visa/Bank of Missouri,    Attn: Bankruptcy,    Po Box 85710,    Sioux Falls, SD 57118-5710
518495467      +William Royster,    380 Watsessing Avenue,    Bloomfield, NJ 07003-6072

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 29 2020 01:30:32      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 29 2020 01:30:29       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518495452      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 29 2020 01:45:21      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518495453      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 29 2020 01:34:02      Capital One / Saks F,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518563977      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 29 2020 01:32:38
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518495455      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 29 2020 01:30:16      Comenity/MPRC,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
518495457      +E-mail/PDF: creditonebknotifications@resurgent.com May 29 2020 01:32:25      Credit One Bank,
                 Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
518616111       E-mail/Text: jennifer.chacon@spservicing.com May 29 2020 01:31:15
                 Deutsche Bank National Trust Company et. al,,    c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250
518606398       E-mail/PDF: resurgentbknotifications@resurgent.com May 29 2020 01:32:34      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518542071       E-mail/Text: ml-ebn@missionlane.com May 29 2020 01:28:59      Lendup Card Services,
                 237 Kearny Street,    #197,   San Francisco, CA 94108
518495462      +E-mail/Text: bnc@nordstrom.com May 29 2020 01:29:50      Nordstrom FSB,    Attn: Bankruptcy,
                 Po Box 6555,    Englewood, CO 80155-6555
518517779       E-mail/PDF: cbp@onemainfinancial.com May 29 2020 01:33:46      ONEMAIN,    PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
518495463      +E-mail/PDF: cbp@onemainfinancial.com May 29 2020 01:33:46      OneMain Financial,
                 Attn: Bankruptcy,    601 Nw 2nd St #300,    Evansville, IN 47708-1013
518589178       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 29 2020 01:34:08
                 Portfolio Recovery Associates, LLC,    c/o Saks Fifth Avenue,    POB 41067,    Norfolk VA 23541
518590792      +E-mail/Text: JCAP_BNC_Notices@jcap.com May 29 2020 01:30:42      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518603925       E-mail/Text: bnc-quantum@quantum3group.com May 29 2020 01:30:24
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
518495464      +E-mail/Text: jennifer.chacon@spservicing.com May 29 2020 01:31:15
                 Select Portfolio Servicing,    Po Box 65250,    Salt Lake City, UT 84165-0250
518614496      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 29 2020 01:34:18      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 18

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518495461       Lendup Card Services I
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-2          User: admin                Page 2 of 2              Date Rcvd: May 28, 2020
                              Form ID: 185               Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2020 at the address(es) listed below:
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, et
               al... rsolarz@kmllawgroup.com
              Scott D. Sherman    on behalf of Debtor Sonya K Royster ssbankruptcy@minionsherman.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 4
```