| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| Scott D. Sherman, Esq.<br>Minion & Sherman<br>33 Clinton Road  - Suite 105<br>West Caldwell, New Jersey 07006<br>phone 973-882-2424<br>fax 973-882-0856<br>ssherman@minionsherman.com | Order Filed on August 4, 2020<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>SONYA K. ROYSTER,<br><br>DEBTOR | Case No.: 19-28873<br>Chapter: 13<br>Judge: MEISEL |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 4, 2020**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____MINION & SHERMAN_____, the applicant, is allowed a fee of $ _____700.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____700.00_____ . The allowance shall be payable:

- ☒ through the Chapter 13 plan as an administrative priority.
- ❏ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for _____n/a_____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*

```
                                 United States Bankruptcy Court
                                      District of New Jersey
```

In re:                                                                  Case No. 19-28873-SLM
Sonya K Royster                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1             Date Rcvd: Aug 04, 2020
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2020.
db             +Sonya K Royster,    380 Watsessing Avenue,    Bloomfield, NJ 07003-6072

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann   Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et al... rsolarz@kmllawgroup.com
              Scott D. Sherman    on behalf of Debtor Sonya K Royster ssherman@minionsherman.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5