Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                         Case No.:  19−28873−SLM
                         Chapter:  13
                         Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sonya K Royster
   380 Watsessing Avenue
   Bloomfield, NJ 07003

Social Security No.:
   xxx−xx−1791

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 11/13/20 at 10:00 AM

to consider and act upon the following:

*49* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 11/2/2020. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*51* − Certification in Opposition to (related document:49 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 11/2/2020. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Scott D. Sherman on behalf of Sonya K Royster. (Sherman, Scott)

Dated: 10/21/20

                                                                        Jeanne Naughton
                                                                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Sonya K Royster  
    Debtor(s)

Case No. 19-28873-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1  
Date Rcvd: Oct 21, 2020      Form ID: ntchrgbk      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2020:**

**Recip ID**      **Recipient Name and Address**  
db      + Sonya K Royster, 380 Watsessing Avenue, Bloomfield, NJ 07003-6072

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2020 at the address(es) listed below:

**Name**      **Email Address**

Denise E. Carlon  
     on behalf of Creditor Deutsche Bank National Trust Company as Trustee, et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg  
     magecf@magtrustee.com

Rebecca Ann Solarz  
     on behalf of Creditor Deutsche Bank National Trust Company as Trustee, et al... rsolarz@kmllawgroup.com

Scott D. Sherman  
     on behalf of Debtor Sonya K Royster ssherman@minionsherman.com

U.S. Trustee  
     USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5