UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Scott D. Sherman, Esq.
Minion & Sherman
33 Clinton Road  - Suite 105
West Caldwell, New Jersey 07006
phone 973-882-2424
fax 973-882-0856
ssherman@minionsherman.com

Order Filed on December 2, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

SONYA K. ROYSTER,

DEBTOR

Case No.:     19-28873

Chapter:      13

Judge:        MEISEL

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 2, 2020**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Document      Page 2 of 2

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____MINION & SHERMAN_____, the applicant, is allowed a fee of $ _____400.00_____ for services rendered and expenses in the amount of $\_\_\_\_\_0.00\_\_\_\_\_ for a total of $_____400.00_____ . The allowance shall be payable:

- ☒ through the Chapter 13 plan as an administrative priority.
- ❏ outside the plan.

The debtor's monthly plan is modified to require a payment of $\_\_\_\_1,094.00\_\_\_\_ per month for  remaining 70  months to allow for payment of the aforesaid fee.

*Revised 10/3/02*