Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−28873−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sonya K Royster
   380 Watsessing Avenue
   Bloomfield, NJ 07003

Social Security No.:
   xxx−xx−1791

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 6/9/21 at 10:00 AM

to consider and act upon the following:

*61* − Certification in Opposition to (related document:60 Creditor's Certification of Default (related document:43 Order (Generic)) filed by Denise E. Carlon on behalf of Deutsche Bank National Trust Company, as Trustee, et al.... Objection deadline is 05/18/2021. (Attachments: # 1 Exhibit "A" # 2 "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Deutsche Bank National Trust Company, as Trustee, et al...) filed by Scott D. Sherman on behalf of Sonya K Royster. (Sherman, Scott)

Dated: 5/10/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court