Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−28873−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sonya K Royster
   380 Watsessing Avenue
   Bloomfield, NJ 07003

Social Security No.:
   xxx−xx−1791

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:     9/7/21
Time:    02:30 PM
Location:   Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Scott D. Sherman, Debtor's Attorney,

COMMISSION OR FEES
$1,200.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

     ☑    will not reduce the amount to be paid to general unsecured
            creditors under the plan.

     ☐    will reduce the amount to be paid to general unsecured
            creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 29, 2021
JAN:

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-28873-SLM
Sonya K Royster  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3
Date Rcvd: Jul 29, 2021      Form ID: 137      Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sonya K Royster, 380 Watsessing Avenue, Bloomfield, NJ 07003-6072 |
| 518495451 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518589912 | + | Bank of Missouri, Total Card Inc., 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 518495456 | + | Continental Finance Co, Po Box 8099, Newark, DE 19714-8099 |
| 518616111 | | Deutsche Bank National Trust Company et. al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518495458 | + | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 518495459 | + | James A. Mayer, Esq., 223 Old Hook Road, PO Box 35, Westwood, NJ 07675-0035 |
| 518495460 | | KML Law Group, P.C., Suite 5000 - BNY Mellon Independence, 70 Market Street, Philadelphia, PA 19106 |
| 518605474 | | PSE&G, Attn: Bankruptcy Dept., PO Box 709, Newark NJ 07101-0709 |
| 518542070 | + | PSE&G, PO Box 1444, New Brunswick, NJ 08903-1444 |
| 518495464 | + | Select Portfolio Servicing, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 518495465 | | Sheila A. Bond MD PC, 39 S. Fullerton Ave., Hasbrouck Heights, NJ 07604-2000 |
| 518495466 | + | Total Visa/Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 518495467 | + | William Royster, 380 Watsessing Avenue, Bloomfield, NJ 07003-6072 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 29 2021 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 29 2021 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518495452 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 29 2021 20:50:34 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518495453 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 29 2021 20:50:34 | Capital One / Saks F, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518563977 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 29 2021 20:50:28 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518495454 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 29 2021 20:50:28 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518495455 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 29 2021 20:30:00 | Comenity/MPRC, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518495457 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 29 2021 20:50:35 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518606398 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 29 2021 20:50:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518542071 | | Email/Text: ml-ebn@missionlane.com | Jul 29 2021 20:30:00 | Lendup Card Services, 237 Kearny Street, #197, San Francisco, CA 94108 |
| 518495462 | + | Email/Text: bnc@nordstrom.com | | |

Case 19-28873-SLM   Doc 81   Filed 07/31/21   Entered 08/01/21 00:11:14   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 29, 2021 | Form ID: 137 | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| | | | Jul 29 2021 20:30:44 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 518517779 | | Email/PDF: cbp@onemainfinancial.com | Jul 29 2021 20:50:41 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 518495463 | + | Email/PDF: cbp@onemainfinancial.com | Jul 29 2021 20:50:33 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd St #300, Evansville, IN 47708-1013 |
| 518589178 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 29 2021 20:50:26 | Portfolio Recovery Associates, LLC, c/o Saks Fifth Avenue, POB 41067, Norfolk VA 23541 |
| 518590792 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 29 2021 20:30:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518603925 | | Email/Text: bnc-quantum@quantum3group.com | Jul 29 2021 20:30:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518614496 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 29 2021 20:50:28 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518495461 | | Lendup Card Services I |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 31, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, et al... rsolarz@kmllawgroup.com |
| Scott D. Sherman | on behalf of Debtor Sonya K Royster ssherman@minionsherman.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2 User: admin Page 3 of 3
Date Rcvd: Jul 29, 2021 Form ID: 137 Total Noticed: 31
TOTAL: 5