Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−28873−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sonya K Royster
   380 Watsessing Avenue
   Bloomfield, NJ 07003

Social Security No.:
   xxx−xx−1791

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 10/13/21 at 10:00 AM

to consider and act upon the following:

88 − Limited Objection to Debtor(s) Application for Retention of Professional (related document:86 Application For Retention of Professional Jonathan H. Rosenbluth, Esq. as Special Counsel Filed by Scott D. Sherman on behalf of Sonya K Royster. Objection deadline is 9/29/2021. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Debtor Sonya K Royster) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 9/24/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court