## JONATHAN H. ROSENBLUTH
COUNSELLOR AT LAW
76 SOUTH ORANGE AVENUE
SUITE 105
SOUTH ORANGE, NEW JERSEY 07079
973-761-5333

E-MAIL,  
rosenbluthlaw@gmail.com

TELECOPIER,  
973-761-0456

September 24, 2021

**IN RE: SONYA K. ROYSTER**  
**U.S. BANKRUPTCY COURT – DISTRICT OF NJ**  
**CASE NO.: 19-28873SLM**

To whom it may concern:

    Please be advised that I represented Petitioner, Sonya K. Pierce, in regard to a Workers' Compensation matter for an injury which occurred on April 11, 2018. Petitioner was getting a patient out of the car and stepped off the curb and into a pothole resulting in a torn right ligament in the right foot/ankle. A Claim Petition was filed on June 12, 2019 under CP No.: 2019-16143. (A copy of the Claim Petition is attached hereto). A written retainer agreement was not entered into at the time of commencement of this claim as Petitioner executed the Claim Petition allowing myself to represent her in this matter.

    This matter was settled by way of an Order Approving Settlement which was entered by Honorable Philip Tornetta on January 22, 2021. (A copy of the Order is attached hereto). Pursuant to N.J.S.A. 34:15-64(a), the attorney's fees and cost are determined by the Court. Fees are usually apportioned between the Petitioner and Respondent so that the Petitioner pays roughly 40% of the 20% and the Respondent will pay 60% of the 20%. In this instant matter, the attorney fees awarded were $3190.00 of which $1276.00 were payable by the Petitioner. This amount is deducted from the total settlement fee Petitioner was awarded ($15,952.58).

    Should you require any further information, please do not hesitate to contact the undersigned.

Very truly yours,

JONATHAN H. ROSENBLUTH

JHR/mab  
Encs.