| State of New Jersey<br>Department of Labor and Workforce Development<br>DIVISION OF WORKERS' COMPENSATION<br>WC-190 (r. 8/27/2015) | **ORDER**<br>☐ JUDGMENT<br>☒ APPROVING SETTLEMENT | CASE NO'S: 2019-16413<br>VICINAGE: Newark |

**NAME:** SONYA ROYSTER

REDACTED   MEDICARE ELIGIBLE ☐ YES ☒ NO

380 WATSESSING AVENUE
BLOOMFIELD, NJ 07003

vs

**NAME:** BAYADA HOME HEALTH CARE
**ADDRESS:** 160 EAST MAIN STREET, SUITE B
LITTLE FALLS, NJ 07424

**NAME:** WEBER GALLAGHER
**ADDRESS:** 1 CROSSROADS DRIVE, SUITE 102A
BEDMINSTER, NJ 07921
**TELEPHONE:** 973-242-2706
**APPEARING:** RICHARD D. ARNOLD, ESQ.

**ATTORNEY FOR PETITIONER:**
JONATHAN H. ROSENBLUTH, ESQ.
**ADDRESS:** 76 SOUTH ORANGE AVENUE, SUITE 105
SOUTH ORANGE, NJ 07079
**TELEPHONE:** 973-761-5333
**APPEARING:** JONATHAN H. ROSENBLUTH, ESQ.

**INSURANCE CARRIER NAME:** GALLAGHER BASSETT SERVICES
**ADDRESS:** P.O. BOX 1508
MOUNT LAUREL, NJ 08054

**CLAIM NUMBER:** 004109-020991 WC 01
**DATE OF ACCIDENT OR OCCUPATIONAL EXPOSURE:** 04/11/2018
**DESCRIBE (Briefly):** PETITIONER FELL IN POTHOLE INJURING HER RIGHT ANKLE.

**ADMINISTRATIVE DISMISSALS** (List Other Insurance Carriers to be dismissed from case, without prejudice):

Weekly Wages: $ 341.41   Rate(s): $ 241.00 / $ 235.99

**IF RE-OPENED PETITION, INDICATE FOR LAST AWARD:**

Date: _____ Award: _____ Permanent Paid: $ _____ Temporary Paid: $ _____

THIS MATTER HAVING COME BEFORE THE COURT ON THIS 20 DAY OF January, 2021

☐ **ORDER FOR JUDGMENT**
It appearing that the Petitioner suffered a compensable injury on the above mentioned date while in the employ of respondent;
It is Ordered and Adjudged that Petitioner be awarded compensation benefits, payable as indicated on Page 2.

☒ **ORDER APPROVING SETTLEMENT**
The parties having settled the matter and a finding by the Court having been made that the terms of the settlement are fair and just;
It is Ordered that this settlement be approved and the petitioner be paid as indicated on page 2.

**PERMANENT DISABILITY** (Describe Percentages below followed by the Nature and Extent of Injury and Members involved):

30% of RIGHT FOOT

LESS 7.5% FOR A PRE-EXISTING INJURY. SPRAIN AND STRAIN OF THE RIGHT ANKLE WITH TORN ANTERIOR TALOFIBULAR LIGAMENT WITH INSTABILITY STATUS POST RIGHT ANKLE ANTERIOR TALOFIBULAR LIGAMENT REPAIR AND TARSAL TUNNEL RELEASE WITH RESIDUAL SYNOVITIS WITH LOSS OF RANGE OF MOTION.

State of New Jersey
Department of Labor and Workforce Development
Division of Workers' Compensation
WC-100 (r. 8/18/19)

**ORDER**
☐ JUDGMENT
☐ APPROVING SETTLEMENT

Case No.: 2019-16413
Vicinage: NEWARK

**DISABILITY AWARDED:**

TEMPORARY: ____ weeks at $ ____ = $ ____ less $ ____ paid = Balance due $ ____

PERMANENT: 66.750 weeks at $ 238.99 = $ 15,952.58 less $ ____ paid = Balance due $ 15,952.58

☐ Bonafide Voluntary Tender   ☐ Non Bonafide Voluntary Tender   ☐ Reopener Credit   ☐ N.J.S.A 34:15-40   ☐ Other

**MEDICAL BILLS (Doctors and/or Institutions) AND/OR MISCELLANEOUS INFORMATION:**

Adequate as paid.

☐ ORDER FOR CHILD SUPPORT   ☐ MEDICARE ADDENDUM ATTACHED   ☐ ADDENDUM ATTACHED

| ALLOWANCES | REIMBURSE | TAX ID | TOTAL AMT. ALLOWED | PAYABLE BY PETITIONER | PAYABLE BY RESPONDENT |
|---|---|---|---|---|---|
| Medical Fee Allowed: (report and/or testimony) DR. KULKARNI OF SALL/MYERS | | 223368976 | 600.00 | 300.00 | 300.00 |
| Interpreter: | | | | | |
| Attorney(s) Fee: JONATHAN H ROSENBLUTH ESQ | | | 3190.00 | 1076.00 | 1817.00 |
| Stenographic service: GUY J RENZI & ASSOCIATES INC | | 223190096 | 74.00 | | 74.00 |
| Miscellaneous Fees: (list below) REIMBURSEMENT TO JONATHAN ROSENBLUTH FOR MEDICALS | | | 150.00 | 150.00 | |

☐ This Court finds the parties adequately considered Medicare interest, be that as it may, should a Medicare issue arise, this Court retains jurisdiction.

WE HEREBY CONSENT TO THE ENTRY AND FORM OF THIS ORDER AND ACKNOWLEDGE RECEIPT OF COPY

JONATHAN H ROSENBLUTH ESQ. Attorney for Petitioner

PETITIONER

WEBER GALLAGHER SIMPSON STAPLETON, Attorney for Respondent

THE COURT FINDS THIS SETTLEMENT FAIR AND JUST.

PHILIP TORNETTA
JUDGE OF COMPENSATION                                DATE

THE ORIGINAL OF THIS DOCUMENT, SIGNED BY THE JUDGE OF COMPENSATION WILL BE MAINTAINED ON FILE IN THE DIVISION OF WORKERS' COMPENSATION, PURSUANT TO N.J.S.A. 34:15-121 et seq.

**State of New Jersey**
Department of Labor and Workforce Development
Division of Workers' Compensation
PO Box 381
Trenton, New Jersey 08625-0381

**EMPLOYEE CLAIM PETITION**

Case No.: _____
Vicinage: _____

REDACTED

PETITIONER
NAME: SONYA ROYSTER
☐ SSN is Not Available
ADDRESS: 380 WATSESSING AVENUE
BLOOMFIELD, NJ 07003
DATE OF BIRTH: 08/23/1965
SEX: Female
☐ A guardian or other representative is filing on behalf of the petitioner. See supplemental page for details.

REDACTED

ATTORNEY FOR PETITIONER
NAME: JONATHAN H ROSENBLUTH ESQ
ADDRESS: 76 SOUTH ORANGE AVE
SUITE 105
SOUTH ORANGE, NJ 07079
TELEPHONE NUMBER: (973) 761-5333  Ext.
FAX NUMBER: (973) 761-0456

VS.

EMPLOYER
NAME: BAYADA HOME HEALTH CARE
IF EMPLOYER IS KNOWN BY DIFFERENT NAME PLEASE INDICATE HERE:
ADDRESS: 163 EAST MAIN STREET, SUITE B
LITTLE FALLS, NJ 07424
INDICATE THE STATUS OF THE EMPLOYER: INSURED
☐ Individual corporate officers or others are also named as respondent(s). See supplemental page for details.

INSURANCE CARRIER / TPA
NAME: GALLAGHER BASSETT SERVICES
ADDRESS: P.O. BOX 1508
MOUNT LAUREL, NJ 08054
CARRIER CLAIM NUMBER: 004109-020991 WC 01
☐ See supplemental page for additional carriers

**TO THE DIVISION OF WORKERS' COMPENSATION - INJURY AND EMPLOYMENT DETAILS:**

| Date of Accident or Last Exposure: | Occupational Disease: | If Occupational Disease Give Periods of Exposure: |
|---|---|---|
| 04/11/2018 | ☐ Yes  ☒ No | |

Where Injury Occurred (incl. town and county): 99 Gregory Avenue, Passaic, Passaic County, New Jersey.

How Injury Occurred: Petitioner was getting patient out of car and stepped off the curb and into a pothole.

DESCRIBE EXTENT AND CHARACTER OF INJURY: If there has been amputation or disability to any member or impairment of any physical function, explain fully:
Torn right ligament in right foot/ankle.

| Date Stopped Work: | Date Returned to Work: | Date Injury Reported: | Injury Reported To Whom: | Occupation and Type of Work: |
|---|---|---|---|---|
| 02/28/2019 | | 04/11/2018 | Sarah, Scheduling Coordinator | Nurse |

| Gross Wages: | Wage Period: | Rate of Temp. Comp.: | Weeks of Temp. Disability Paid: | Temporary Disability Paid: | Permanent Disability Paid: |
|---|---|---|---|---|---|
| | Weekly | | | | |

Employer Furnished Medical Aid: ☒ Yes ☐ No

☐ Demand is hereby made for answers to standard occupational disease interrogatories. [N.J.A.C.12:235-3.8(f)]
☒ Demand is hereby made for all records of medical treatment, examinations and diagnostic studies.[N.J.A.C.12:235-3.8(c)]

ARE YOU MEDICARE ELIGIBLE OR A MEDICARE BENEFICIARY?   ☐ YES  ☒ NO
WERE YOU ELIGIBLE FOR MEDICAID BENEFITS AT THE TIME OF THE WORK INJURY?   ☐ YES  ☒ NO
DID YOU BECOME ELIGIBLE FOR MEDICAID BENEFITS AFTER THE WORK INJURY?   ☐ YES  ☒ NO

What other facts are there that you believe important?

Page 1 of 2

ARE YOU MEDICARE ELIGIBLE OR A MEDICARE BENEFICIARY?    ☐ YES  ☒ NO

YOU ARE ADVISED THAT MEDICARE PAYMENTS RELATED TO THE WORK INJURY ARE TO BE REPAID IN ACCORDANCE WITH 42 U.S.C.A. § 1395y AND 42 C.F.R. § 411, ET SEQ., AND THAT PROPOSED SETTLEMENTS FORECLOSING FUTURE MEDICAL BENEFITS RELATED TO THE WORK INJURY SHOULD ALSO COMPLY WITH THESE FEDERAL STATUTES AND REGULATIONS.

WERE YOU ELIGIBLE FOR MEDICAID BENEFITS AT THE TIME OF THE WORK INJURY?    ☐ YES  ☒ NO

DID YOU BECOME ELIGIBLE FOR MEDICAID BENEFITS AFTER THE WORK INJURY?    ☐ YES  ☒ NO

YOU ARE ADVISED THAT MEDICAID PAYMENTS RELATED TO THE WORK INJURY ARE TO BE REPAID IN ACCORDANCE WITH N.J.S.A. 30:4D-1, ET SEQ.

In occupational disease claims, list claims against other employers filed or to be filed for the same or similar occupational diseases:

| Name and Address of Employer | Dates of Employment |
| --- | --- |
|  |  |

Petitioner therefore requests that the Division of Workers' Compensation determine the amount of compensation due Petitioner from said Respondent, under Revised Statutes of New Jersey, Title 34, Chapter 15, and the Acts supplemental thereto and amendatory thereof, and that Petitioner may be awarded Petitioner's costs in this proceeding, and such other relief or further as may be proper.

_____
Petitioner

STATE OF NEW JERSEY
COUNTY OF

Subscribed and sworn or affirmed
to before me this 11 day of
June, 20 19

_____

This Claim Petition has been presented by the Petitioner to the Division of Workers' Compensation for hearing and determination. Unless and Answer is filed within 30 days of the date of service of the Claim Petition upon you, with the assignment clerk at the vicinage to which the claim is assigned as indicated on the reverse side, and a copy served upon the Petitioner's attorney, THE PETITIONER WILL PROCEED WITH PROOF OF CLAIM ACCORDING TO LAW AND MAY OBTAIN JUDGMENT AGAINST YOU.

The Privacy Act, 5 U.S.C. §552a, the Social Security Act, 42 U.S.C. § 405, and N.J.S.A. 34:15-1 et seq. authorize the Division of Workers' Compensation to request that the Petitioner supply the Division with his or her Social Security Number for record keeping purposes and cross-matches with the Social Security Administration, Workforce New Jersey, Temporary Disability Insurance and any other proper public purpose.

DIVISION OF WORKERS' COMPENSATION