UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
Marie-Ann Greenberg   MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Case No.: 19-28873

Adv. No.:

Hearing Date:

Judge: SLM

IN RE:

SONYA K ROYSTER

### CERTIFICATION OF SERVICE

1. I, Lauren O'Shea, am an administrator for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 10/04/2021, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
SONYA K ROYSTER
380 WATSESSING AVENUE
BLOOMFIELD, NJ  07003
Mode of Service:  Regular Mail

Attorney for Debtor(s):
SCOTT D. SHERMAN ESQ
MINION & SHERMAN
33 CLINTON ROAD, SUITE 105
WEST CALDWELL, NJ  07006
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  October 04, 2021

By:   /S/  Lauren O'Shea
       Lauren O'Shea