UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:     Case No.:    19-28873
SONYA K. ROYSTER,     Chapter:    13

DEBTOR     Judge:    MEISEL

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

_____Sonya K. Royster_____, _____Debtor_____, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:
Martin Luther King, Jr. Federal Building
50 Walnut Street - 3rd Floor
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable _____Stacey L. Meisel_____ on _____October 27, 2021_____ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3A__, __50 Walnut Street, Newark, New Jersey 07102__ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Workers Compensation

Pertinent terms of settlement:
Gross Settlement Amount of $15,952.58. Attorneys fees were awarded in the amount of $3,190.00 and were apportioned between the Respondent and Debtor/Petitioner. The Debtor is responsible for $1,276.00 in attorneys resulting in a net distribution to Debtor of $14,276.56 all of which is claimed as exempt pursuant to 11 U.S.C. Section 522(d)(11(E)

Objections must be served on, and requests for additional information directed to:

Name:    Scott D. Sherman, Esq. - MINION & SHERMAN

Address:    33 Clinton Road, Suite 105, West Caldwell, NJ 07006

Telephone No.: (973)-882-2424

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-28873-SLM |
| Sonya K Royster | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 04, 2021 | Form ID: pdf905 | Total Noticed: 32 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sonya K Royster, 380 Watsessing Avenue, Bloomfield, NJ 07003-6072 |
| sp | + | Jonathan H. Rosenbluth, 76 South Orange Avenue, Suite 105, South Orange, NJ 07079-1923 |
| 518495451 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518495456 | + | Continental Finance Co, Po Box 8099, Newark, DE 19714-8099 |
| 518616111 | | Deutsche Bank National Trust Company et. al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518495458 | + | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 518495459 | + | James A. Mayer, Esq., 223 Old Hook Road, PO Box 35, Westwood, NJ 07675-0035 |
| 518495460 | | KML Law Group, P.C., Suite 5000 - BNY Mellon Independence, 70 Market Street, Philadelphia, PA 19106 |
| 518542070 | + | PSE&G, PO Box 1444, New Brunswick, NJ 08903-1444 |
| 518605474 | | PSE&G, Attn: Bankruptcy Dept., PO Box 709, Newark NJ 07101-0709 |
| 518495464 | + | Select Portfolio Servicing, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 518495465 | | Sheila A. Bond MD PC, 39 S. Fullerton Ave., Hasbrouck Heights, NJ 07604-2000 |
| 518495467 | + | William Royster, 380 Watsessing Avenue, Bloomfield, NJ 07003-6072 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 04 2021 20:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 04 2021 20:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518589912 | + | Email/Text: bknotices@totalcardinc.com | Oct 04 2021 20:27:00 | Bank of Missouri, Total Card Inc., 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 518495452 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 04 2021 20:30:20 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518495453 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 04 2021 20:30:37 | Capital One / Saks F, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518563977 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 04 2021 20:45:55 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518495454 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 04 2021 20:30:22 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518495455 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 04 2021 20:27:00 | Comenity/MPRC, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518495457 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 04 2021 20:30:21 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518606398 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 04 2021 20:30:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518542071 | | Email/Text: ml-ebn@missionlane.com | Oct 04 2021 20:27:00 | Lendup Card Services, 237 Kearny Street, #197, San Francisco, CA 94108 |

Case 19-28873-SLM    Doc 105    Filed 10/06/21    Entered 10/07/21 00:10:30    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 04, 2021 | Form ID: pdf905 | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518495462 | + | Email/Text: bnc@nordstrom.com | Oct 04 2021 20:27:31 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 518517779 | | Email/PDF: cbp@onemainfinancial.com | Oct 04 2021 20:30:38 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 518495463 | + | Email/PDF: cbp@onemainfinancial.com | Oct 04 2021 20:30:20 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd St #300, Evansville, IN 47708-1013 |
| 518589178 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 04 2021 20:30:39 | Portfolio Recovery Associates, LLC, c/o Saks Fifth Avenue, POB 41067, Norfolk VA 23541 |
| 518590792 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 04 2021 20:27:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518603925 | | Email/Text: bnc-quantum@quantum3group.com | Oct 04 2021 20:27:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518495466 | + | Email/Text: bknotices@totalcardinc.com | Oct 04 2021 20:27:00 | Total Visa/Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 518614496 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 04 2021 20:45:55 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518495461 | | Lendup Card Services I |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, et al... rsolarz@kmllawgroup.com |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 04, 2021 | Form ID: pdf905 | Total Noticed: 32 |

Scott D. Sherman
    on behalf of Debtor Sonya K Royster ssherman@minionsherman.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5