| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>MINION & SHERMAN<br>By:   Scott D. Sherman, Esquire<br>33 Clinton Road, Suite 105<br>West Caldwell, New Jersey 07006<br>(973) 882-2424 | **Order Filed on October 28, 2021<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| SONYA ROYSTER,<br><br>                    Debtors | Case No.:19-28873 SLM<br><br>Chapter 13<br><br>Hearing Date:  10/27/2021<br><br>Judge:   Stacey L. Meisel |

### ORDER APPROVING DISTRIBUTION OF WORKERS COMPENSATION AWARD AND LEGAL FEES FOR SPECIAL COUNSEL

The relief set forth on the following pages, numbered two (2) through  _Two  (2)_  is hereby **ORDERED**.

**DATED: October 28, 2021**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**
Debtor:  SONYA ROYSTER

Case No: 19-28873 SLM

**Caption of Order**:  **ORDER APPROVING DISTRIBUTION OF WORKERS COMPENSATION AWARD AND LEGAL FEES FOR SPECIAL COUNSEL**

---

1. That the proposed Distribution of the Workers Compensation Claim, listed on Scheduled B of Debtor's Bankruptcy Petition (Amended 8/18/2021) for injuries sustained by Debtor on or about April 11, 2018, be and is hereby approved.

2. Disbursements shall be made consistent with the January 22 2021 Order entered by The Honorable Philip Tornetta, Workers Compensation Judge:

    a. Payment of Special Counsel's legal fees to Jonathan H. Rosenbluth, Esq, which is hereby approved, in the sum of $3,190.00 (of which $1,914.00 was paid by Respondent and $1,276.00 is paid by Debtor as a Deduction from the gross Settlement amount of $15,952.58);

    b. The net proceeds totaling $14,276.56, which have been claimed as exempt pursuant to 11 U.S.C. section 522(d)(11)(E) shall be paid directly to the Debtor.

3. The Chapter 13 Trustee shall be provided with a copy of the final closing statement (settlement statement), upon consummation of the disbursement, to ensure that compliance with this order.