| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>MINION & SHERMAN<br>By:   Scott D. Sherman, Esquire<br>33 Clinton Road, Suite 105<br>West Caldwell, New Jersey 07006<br>(973) 882-2424 | Order Filed on October 28, 2021<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| SONYA ROYSTER,<br><br>                    Debtors | Case No.:19-28873 SLM<br><br>Chapter 13<br><br>Hearing Date:  10/27/2021<br><br>Judge:   Stacey L. Meisel |

### ORDER APPROVING DISTRIBUTION OF WORKERS COMPENSATION AWARD AND LEGAL FEES FOR SPECIAL COUNSEL

The relief set forth on the following pages, numbered two (2) through  Two (2)  is hereby **ORDERED**.

**DATED: October 28, 2021**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**
Debtor:   SONYA ROYSTER

Case No: 19-28873 SLM

**Caption of Order**:   ORDER APPROVING DISTRIBUTION OF WORKERS COMPENSATION AWARD AND LEGAL FEES FOR SPECIAL COUNSEL

---

1. That the proposed Distribution of the Workers Compensation Claim, listed on Scheduled B of Debtor's Bankruptcy Petition (Amended 8/18/2021) for injuries sustained by Debtor on or about April 11, 2018, be and is hereby approved.

.

2. Disbursements shall be made consistent with the January 22 2021 Order entered by The Honorable Philip Tornetta, Workers Compensation Judge:

   a. Payment of Special Counsel's legal fees to Jonathan H. Rosenbluth, Esq, which is hereby approved, in the sum of $3,190.00 (of which $1,914.00 was paid by Respondent and $1,276.00 is paid by Debtor as a Deduction from the gross Settlement amount of $15,952.58);

   b. The net proceeds totaling $14,276.56, which have been claimed as exempt pursuant to 11 U.S.C. section 522(d)(11)(E) shall be paid directly to the Debtor.

3. The Chapter 13 Trustee shall be provided with a copy of the final closing statement (settlement statement), upon consummation of the disbursement, to ensure that compliance with this order.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-28873-SLM |
| Sonya K Royster | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Oct 28, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Sonya K Royster, 380 Watsessing Avenue, Bloomfield, NJ 07003-6072 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2021          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, et al... rsolarz@kmllawgroup.com |
| Scott D. Sherman | on behalf of Debtor Sonya K Royster ssherman@minionsherman.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5