Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

Case No.: 19−28873−SLM  
Chapter: 13  
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Sonya K Royster  
   380 Watsessing Avenue  
   Bloomfield, NJ 07003

Social Security No.:  
   xxx−xx−1791

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 2/9/22 at 10:00 AM

to consider and act upon the following:

*115* − Creditor's Certification of Default (related document:40 Certificate of Consent filed by Creditor Deutsche Bank National Trust Company, as Trustee, et al..., 43 Order (Generic), 60 Creditor's Certification of Default filed by Creditor Deutsche Bank National Trust Company, as Trustee, et al..., 70 Order (Generic)) filed by Denise E. Carlon on behalf of Deutsche Bank National Trust Company, as Trustee, et al.... Objection deadline is 01/18/2022. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*121* − Certification in Opposition to (related document:115 Creditor's Certification of Default (related document:40 Certificate of Consent filed by Creditor Deutsche Bank National Trust Company, as Trustee, et al..., 43 Order (Generic), 60 Creditor's Certification of Default filed by Creditor Deutsche Bank National Trust Company, as Trustee, et al..., 70 Order (Generic)) filed by Denise E. Carlon on behalf of Deutsche Bank National Trust Company, as Trustee, et al.... Objection deadline is 01/18/2022. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Deutsche Bank National Trust Company, as Trustee, et al...) filed by Scott D. Sherman on behalf of Sonya K Royster. (Sherman, Scott)

Dated: 1/18/22

                                                        Jeanne Naughton  
                                                        Clerk, U.S. Bankruptcy Court