UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Deutsche Bank, et al.

In Re:

Sonya Royster,

Debtor.

Case No.:     19-28873-SLM

Chapter:     13

Hearing Date:     3/23/2022

Judge:     Meisel

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled    ☐ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 115)

_____

Date: 3/17/2022

/s/ Denise Carlon
Signature

*rev.8/1/15*