UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Deutsche Bank, et al.

In Re:

Sonya Royster,

Debtor.

Case No.: ___19-28873-SLM___

Chapter: ___13___

Hearing Date: ___4/13/2022___

Judge: ___Meisel___

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter: Application to Terminate Loss Mitigation (Docket # 131)

_____

Date: 04/08/2022                            /s/ Denise Carlon
                                            Signature

*rev.8/1/15*