**Scott D. Sherman, Esq.**
Minion & Sherman
Attorneys at Law
33 Clinton Road, Suite 105
West Caldwell, NJ 07006
973-882-2424    Fax 973-882-0856
e-mail: ssherman@minionsherman.com
Attorneys for Debtors

| | |
|---|---|
| In Re:<br><br>**SONYA ROYSTER,**<br><br><br>Debtor | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No.  19-28873 SLM<br><br>Chapter 13 |

**WITHDRAWAL OF APPLICATION FOR EXTENSION OF LOSS MITIGATION**

1.I, Scott D. Sherman, am an attorney at law in the State of New Jersey and I am the attorney for the Debtor in the above case.

2.The Application to Extend Loss Mitigation filed with this court on 4/11/2022 (Document #139 on case docket) be and is hereby withdrawn.

3.Debtor was denied a loan modification by Select Portfolio which was confirmed by counsel for Select Portfolio

Dated:  4/15/2022MINION & SHERMAN

*/S/ Scott D. Sherman, ESQ.*
-----------------------------------
SCOTT D. SHERMAN, ESQ.
Attorney for the Debtor(s)