Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  19−28873−SLM
        Chapter:  13
        Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sonya K Royster
   380 Watsessing Avenue
   Bloomfield, NJ 07003

Social Security No.:
   xxx−xx−1791

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/22/22.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: September 22, 2022
JAN: ntp

                            Jeanne Naughton
                            Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-28873-SLM |
| Sonya K Royster | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 22, 2022 | Form ID: 148 | Total Noticed: 32 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sonya K Royster, 380 Watsessing Avenue, Bloomfield, NJ 07003-6072 |
| sp | + | Jonathan H. Rosenbluth, 76 South Orange Avenue, Suite 105, South Orange, NJ 07079-1923 |
| 518495459 | + | James A. Mayer, Esq., 223 Old Hook Road, PO Box 35, Westwood, NJ 07675-0035 |
| 518495460 | | KML Law Group, P.C., Suite 5000 - BNY Mellon Independence, 70 Market Street, Philadelphia, PA 19106 |
| 518605474 | | PSE&G, Attn: Bankruptcy Dept., PO Box 709, Newark NJ 07101-0709 |
| 518542070 | + | PSE&G, PO Box 1444, New Brunswick, NJ 08903-1444 |
| 518495465 | | Sheila A. Bond MD PC, 39 S. Fullerton Ave., Hasbrouck Heights, NJ 07604-2000 |
| 518495467 | + | William Royster, 380 Watsessing Avenue, Bloomfield, NJ 07003-6072 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 22 2022 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 22 2022 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518495451 | + | Email/PDF: bncnotices@becket-lee.com | Sep 22 2022 20:46:35 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518589912 | + | EDI: TCISOLUTIONS.COM | Sep 23 2022 00:28:00 | Bank of Missouri, Total Card Inc., 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 518495456 | | Email/Text: cfcbackoffice@contfinco.com | Sep 22 2022 20:47:00 | Continental Finance Co, Po Box 8099, Newark, DE 19714 |
| 518495452 | + | EDI: CAPITALONE.COM | Sep 23 2022 00:28:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518495453 | + | EDI: CAPITALONE.COM | Sep 23 2022 00:28:00 | Capital One / Saks F, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518563977 | + | EDI: AIS.COM | Sep 23 2022 00:28:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518495454 | + | EDI: CITICORP.COM | Sep 23 2022 00:28:00 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518495455 | + | EDI: WFNNB.COM | Sep 23 2022 00:28:00 | Comenity/MPRC, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518495457 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 22 2022 20:45:58 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518616111 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 22 2022 20:48:00 | Deutsche Bank National Trust Company et. al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518495458 | + | EDI: AMINFOFP.COM | Sep 23 2022 00:28:00 | First PREMIER Bank, Attn: Bankruptcy, Po Box |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 22, 2022 | Form ID: 148 | Total Noticed: 32 |

| | | | |
|---|---|---|---|
| | | | 5524, Sioux Falls, SD 57117-5524 |
| 518606398 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 22 2022 20:46:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518542071 | Email/Text: ml-ebn@missionlane.com | Sep 22 2022 20:47:00 | Lendup Card Services, 237 Kearny Street, #197, San Francisco, CA 94108 |
| 518495462 | + Email/Text: bnc@nordstrom.com | Sep 22 2022 20:47:58 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 518517779 | EDI: AGFINANCE.COM | Sep 23 2022 00:28:00 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 518495463 | + EDI: AGFINANCE.COM | Sep 23 2022 00:28:00 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd St #300, Evansville, IN 47708-1013 |
| 518589178 | EDI: PRA.COM | Sep 23 2022 00:28:00 | Portfolio Recovery Associates, LLC, c/o Saks Fifth Avenue, POB 41067, Norfolk VA 23541 |
| 518590792 | + EDI: JEFFERSONCAP.COM | Sep 23 2022 00:28:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518603925 | EDI: Q3G.COM | Sep 23 2022 00:28:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518495464 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 22 2022 20:48:00 | Select Portfolio Servicing, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 518495466 | + EDI: TCISOLUTIONS.COM | Sep 23 2022 00:28:00 | Total Visa/Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 518614496 | + EDI: AIS.COM | Sep 23 2022 00:28:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518495461 | | Lendup Card Services I |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 24, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2022 at the address(es) listed below:

**Name**         **Email Address**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 22, 2022 | Form ID: 148 | Total Noticed: 32 |

Denise E. Carlon
    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Rebecca Ann Solarz
    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, et al... rsolarz@kmllawgroup.com

Scott D. Sherman
    on behalf of Debtor Sonya K Royster ssherman@minionsherman.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5