UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Scott D. Sherman, Esq.
Minion & Sherman
33 Clinton Road - Suite 105
West Caldwell, New Jersey 07006
phone 973-882-2424
fax 973-882-0856
ssherman@minionsherman.com

Order Filed on October 6, 2022
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

SONYA K. ROYSTER,

        DEBTOR

Case No.: 19-28873

Chapter: 13

Judge: MEISEL

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

DATED: October 6, 2022

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that \_\_\_\_\_MINION & SHERMAN\_\_\_\_\_, the applicant, is allowed a fee of \_$400.00\_ for services rendered and expenses in the amount of $\_\_\_\_0.00\_\_\_ for a total of $\_\_\_\_400.00\_\_\_\_\_ The allowance shall be payable:

    **X**\_\_    through the Chapter 13 plan as an administrative priority.

    \_\_\_\_\_    outside the plan.

The debtor's monthly plan is modified to require a payment of $\_\_\_\_N/A_____ per month for \_\_\_N/A\_\_\_\_\_ months to allow for payment of the aforesaid fee.

These Fees shall be payable by the Chapter 13 Trustee from funds on hand along with any remaining unpaid balance due to counsel under the Chapter 13 Plan, to the extent funds are available, and shall be paid notwithstanding any dismissal of this case.